IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re: Hoover,                              No. CIV S- 08-1930 GGH P

_____/            ORDER

        Inmate Gary Hoover, CDC # C-48040, incarcerated at North Kern State Prison, filed a letter on 8/18/08, raising certain safety concerns.

        Accordingly, IT IS ORDERED that:

        1. Gary Hoover's letter, filed on 8/18/08 (#1), be served by mail upon the warden of North Kern State Prison, along with this order;

        2. A copy of the 8/18/08 (# 1) letter and this order are to be served electronically upon the state Attorney General, and a courtesy copy of both provided to the U.S. Attorney's Office;

        3. The North Kern State Prison warden and the state Attorney General's office must provide a response to this court as soon as possible and in any case by no later than ten calendar days from the date of this order;

        4. The Clerk is to serve inmate Hoover with a copy of this order ONLY and NOT

1

1 with the letter attachment, i.e., not with a copy of the 8/18/08 (#1) letter he filed; and

2        5. The Clerk's Office is to place the letter from Gary Hoover, filed on 8/18/08 (#1), under seal in the docket of this matter.

DATED: 08/27/08         /s/ Gregory G. Hollows

        UNITED STATES MAGISTRATE JUDGE

GGH:009
hoov1930.ord