IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re: Hoover,                          No. CIV S- 08-1930 GGH P

_____/        ORDER

        In response to this court's order, filed on 8/27/08, Warden Lydia Hense of North Kern State Prison and the state Attorney General's office have provided information indicating that an appropriate interview and follow-up has been conducted, addressing the concerns expressed by Inmate Gary Hoover, CDC # C-48040, in this matter. Inmate Hoover has also informed the court that he feels his safety concerns are being appropriately addressed. As there appears to be no further action to be taken with respect to the issues raised by Inmate Hoover herein, this matter will be deemed resolved.

        Accordingly, IT IS ORDERED that:

        1. The North Kern State Prison warden and the state Attorney General's office have discharged the Order, filed on 8/27/08 (# 3); and

\\\\\

\\\\\

1

2. The Clerk of the Court is directed to deem this matter closed.

DATED: 09/19/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
hoov1930.dsc