1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   In re: Hoover,                          No. CIV S- 08-1930 GGH P

11

12

13   _____/            _____ORDER

14

15         Inmate Gary Hoover, CDC # C-48040, incarcerated at North Kern State Prison

16   (NKSP), raised safety concerns in a letter to the court, filed on 8/18/08.  The court sealed the

17   letter, and although the inmate had not properly opened a case by filing a complaint, the

18   undersigned also directed a response from the NKSP warden and the state Attorney General's

19   office within ten days (as well as directing that a courtesy copy of the letter and order be provided

20   to the U.S. Attorney's Office).  See Order, filed on 8/27/08.

21         There was a timely response and, by Order, filed on 9/19/08, the court noted that

22   Warden Lydia Hense of North Kern State Prison and the state Attorney General's office had

23   provided information indicating appropriate follow-up had occurred and that Inmate Hoover had

24   also informed the court that his safety concerns were being addressed appropriately.  The court

25   found the prior order discharged and closed the matter, deeming it resolved.

26   \\\\\

                                    1

1    However, Inmate Hoover continues to file letters, declarations, requests regarding

2    various issues, ranging from different health and safety concerns to transfer questions.  As noted,

3    Inmate Hoover, by his initial filing never properly opened a case.  He nevertheless improperly

4    appears to regard this court as a sort of state prison ombudsman to which he can turn to intervene

5    in the administration of the state prisons for his varying, on-going concerns.

6    Accordingly, IT IS ORDERED that:

7    1.  The Clerk of the Court is directed to return all mail from Inmate Hoover sent

8    by him to be filed in this closed matter; the Clerk is not to file any mail from this inmate in the

9    court's electronic docket for this closed case in future;

10   2.  The Clerk is also directed to provide Inmate Hoover with a civil rights

11   complaint form for prisoners in this district and with an Application to Proceed In Forma

12   Pauperis By a Prisoner;

13   3.  Inmate Hoover may proceed in federal court only upon the filing of an

14   appropriate complaint, under 42 U.S.C. § 1983, along with either payment of a filing fee or an in

15   forma pauperis affidavit, 28 U.S.C. §§ 1914(a), 1915(a).

16   DATED: 10/14/08

                                                    /s/ Gregory G. Hollows

17                                         _____

18                                         UNITED STATES MAGISTRATE JUDGE

19

20   GGH:009
     hoov1930.ord2

21

22

23

24

25

26